UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
IN RE:

SIMA ZAKS,



                                Debtor.
-------------------------------------------------x

TF-0014/MP
June 10, 2026
10:00 AM

Case No. 26-22290-DSJ

Hon. DAVID S. JONES

**NOTICE OF MOTION**

        PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable David S. Jones, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 10th day of June, 2026 at 10:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

        **PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only. No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl   48 hours before the scheduled hearing.**

        Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York
       May 11, 2026

                              /s/ *Thomas C. Frost*
                              THOMAS C. FROST, CHAPTER 13 TRUSTEE
                              399 KNOLLWOOD ROAD, STE 102
                              WHITE PLAINS, NY 10603
                              (914)328-6333

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TF-0014/MP
June 10, 2026
10:00 AM

----------------------------------------------------------x

IN RE:

Case No: 26-22290-DSJ

SIMA ZAKS,

Hon. DAVID S. JONES

**APPLICATION**

Debtor.

----------------------------------------------------------x

TO THE HONORABLE DAVID S. JONES, U.S. BANKRUPTCY JUDGE:

THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on March 23, 2026 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. The Debtor has failed to comply with 11 U.S.C. §521(a)(1) and Bankruptcy Rule 1007(b) in that the following required documents have not been filed:

   a. copies of all payment advices or other evidence of payment for last 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor pursuant to 11 U.S.C. §521(a)(1)(B)(iv); and

3. Furthermore, the Debtor has failed to:

   a. file a Chapter 13 Plan, as required by 11 U.S.C. §1321 and Fed. R. Bankr. P. 3015(b);

   b. appear and be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. §343;

   c. commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1);

   d. file with the Court evidence that the Debtor has completed an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1);

   e. file with the Court a certification that all amounts payable under a domestic support obligation have been paid as required by 11 U.S.C. §1328(a); and

   f. provide the Trustee with copies of filed 2023 & 2024 federal and state tax returns and refunds, if any.

4. The Trustee also respectfully requests copies of the 2025 federal and state tax returns and any refunds, if any, once filed with the taxing authorities as required by 11 U.S.C. § 521(f)(1).

5. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

6. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
    May 11, 2026

/s/ *Thomas C. Frost*
Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x          Case No: 26-22290-DSJ
IN RE:

  SIMA ZAKS,

**CERTIFICATE OF SERVICE
BY MAIL**

                          Debtor.
-----------------------------------------------------------x

          This is to certify that I, Nancy Alexander, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

SIMA ZAKS
14 CLOVERDALE LANE
MONSEY, NY 10952

MICHAEL A. KOPLEN, ESQ.
14 SOUTH MAIN STREET
SUITE 4
NEW CITY, NY 10956

This May 11, 2026

/s/Nancy Alexander
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO:  26-22290-DSJ
Hon. DAVID S. JONES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────────────────────────
IN RE:

SIMA ZAKS,

                Debtor.

**NOTICE OF MOTION, APPLICATION**
**and**
**CERTIFICATE OF SERVICE**

**THOMAS C. FROST**
**STANDING CHAPTER 13 TRUSTEE**
**399 KNOLLWOOD ROAD, SUITE 102**
**WHITE PLAINS, NEW YORK 10603**
**(914) 328-6333**